UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

BOBBY JO REYNA,

    Defendant.
_____/

Case No. 1:18-cr-00096-PLM

Hon. Paul L. Maloney

## CLERK'S NOTICE OF CRIMINAL TRANSFER

TO: Court Personnel, Texas Southern District Court

RE: Western District of Michigan Rule 20 Consent to Transfer

Please take notice of the above-mentioned transfer. We are herewith transmitting to you the Western District of Michigan docket of proceedings associated with the above-entitled case. The documents that make up the case file are available electronically through PACER.

If a passport was previously collected, it will be transmitted by the Western District of Michigan Probation and Pretrial Office to Texas Southern. Please contact the Western District of Michigan Probation and Pretrial Office at (616) 456-2384 for further assistance.

For further assistance regarding the Rule 20 Consent to Transfer, please contact the ECF Help Desk at ecfhelp@miwd.uscourts.gov, or by phone at (800) 290-2742 or (616) 456-2206.

CLERK OF COURT

Dated: September 28, 2018    By:   /s/ E. Siskind
                                                        Deputy Clerk