UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

BOBBY JO REYNA,

    Defendant.

_____/

M-18-1675

**INDICTMENT**

The Grand Jury charges:

**(Theft of Mail Matter by Postal Service Employee)**

From on or about December 1, 2016, to on or about September 1, 2017, in Van Buren County, in the Western District of Michigan, Southern Division,

**BOBBY JO REYNA,**

being a Postal Service employee, stole letters and mail, and articles and things contained therein, which were entrusted to her and came into her possession intended to be conveyed by mail, including cash and gift cards valued at $2,000 or more.

18 U.S.C. § 1709

A TRUE BILL

_[signature]_
GRAND JURY FOREPERSON

ANDREW BYERLY BIRGE
United States Attorney

_[signature]_
NILS R. KESSLER
Assistant United States Attorney