UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

M-18-1675

UNITED STATES OF AMERICA,

    Plaintiff,

No.   1:18-CR-00096-PLM

v.

INDICTMENT
**PENALTY SHEET**

BOBBY JO REYNA,

    Defendant.
_____/

**Charge – Theft of Mail Matter by Postal Service Employee – 18 U.S.C. § 1709**

**Maximum penalty:** Not more than 5 years in prison and/or $250,000 fine [18 U.S.C. § 3571]

[pecuniary gain-not more than the greater of twice the gross gain or twice the gross loss]

**Supervised Release:** Not more than 3 years [18 U.S.C. § 3583] (Class D Felony, 18 U.S.C. § 3559)

**Special Assessment:** $100 [18 U.S.C. § 3013]

**Restitution:** Mandatory [18 U.S.C. § 3663A]

**Other:** Removal, denial of citizenship, and/or denial of admission to the United States in the future

Date: April 26, 2018

/s/Nils R. Kessler
Counsel for the United States

Submitted in accordance with Admin Order 17-MS-046