# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# MCALLEN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| *versus* § | Criminal No. 7:18–cr–01675 |
| § | |
| Bobby Jo Marie Reyna § | |

## SCHEDULING ORDER

In the above–captioned cause, you were arraigned on October 12, 2018.

The following dates are pertinent to your case:

    Final Pretrial: **November 28, 2018 at 09:00 AM** before Judge Micaela Alvarez

    Jury Selection: **December 4, 2018 at 09:00 AM** before Judge Micaela Alvarez

    Deadline for Motions: **October 26, 2018**

    Government's Response: **November 15, 2018**

    Deadline for Motions for Continuance: **November 14, 2018**

    You and your attorney must be personally present in the District Courtroom, Bentsen Tower, 1701 W. Bus. Highway 83, McAllen, Texas, on the date set for Final Pretrial. Failure to appear may result in additional charges being brought against you. A trial date will be set at the time of Jury Selection. Take notice that your case could be set for any day after Jury Selection.

    Each motion filed in your behalf must be filed with a certificate that your attorney consulted with the Assistant United States Attorney in charge of your case in an attempt to obtain the relief requested by the motion filed but that no resolution was reached. Each motion must be also accompanied by a brief of authorities in support of the motion, which brief will state sufficient facts to advise the Court of the basis for the motion.

    DONE at McAllen, Texas on October 12, 2018.

                                       */s/ Peter E. Ormsby*
                                       Peter E. Ormsby
                                       United States Magistrate Judge